

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2018

No. 04-18-00221-CR

Andrew Douglas **BRIGHAM,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11698
Honorable Ron Rangel, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on September 17, 2018.  *See* TEX. R. APP. P. 38.6(a).  Before the extended due date, Appellant filed a second motion for a fourteen-day extension of time to file the brief.

Appellant's motion is GRANTED.  Appellant's brief is due on October 1, 2018.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2018.

KEITH E. HOTTLE,
Clerk of Court